FILED
IN OPEN COURT
MAR 16 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMER NAJIA,<br><br>Defendant. | Case No. LMB 1:23cr45 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or around April 18, 2017, in the Eastern District of Virginia, the Defendant, SAMER NAJIA, willfully made, subscribed, and filed and caused to be filed with the Internal Revenue Service a false Individual Income Tax Return, Form 1040, for calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury and which NAJIA did not believe to be true and correct as to every material matter. That tax return falsely reported on line 64 that defendant had withheld $57,104 in taxes and further falsely reported on line 74 that defendant had paid $57,604 in taxes, whereas, as NAJIA knew he had not withheld and remitted $57,104 as he represented.

(In violation of Title 26, United States Code, Section 7206(1)).

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: February 22, 2023

By: ______________________________
Jack A. Morgan
Assistant United States Attorney